UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA K. FISK, | CASE NO. CV F 13-0862 LJO SAB |
|           Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 4) |
|   vs. | |
| JOHN M. McHUGH, | |
|           Defendant.<br>_____/ | |

This Court construes plaintiff's July 23, 2013 letter as her notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i). As such, this Court:

    1.    DISMISSES without prejudice this entire action and all claims;

    2.    VACATES all pending matters and dates; and

    3.    DIRECTS the clerk to close this action in that this Court will do nothing further as to this action.

IT IS SO ORDERED.

    Dated:  **July 26, 2013**                       /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE

1